**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Vincenzo Tucciarone, Sr.,** | : | Ch. 12 |
| | : | |
| Debtor. | : | 19-12624-JKF |

## NOTICE OF SUBPOENA

TO:

Agrarian Associates, Inc.
411 Chestnut St.
Lebanon, PA 17042

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Agrarian Associates, Inc.
327 Cumberland St., 1st Fl.
Lebanon, PA 17042-5310

Brian Pedrick, President
Agrarian Associates, Inc.
327 Cumberland St.
Lebanon, PA 17042

Andrew Hoffman, Dean
School of Veterinary Medicine
New Bolton Center
382 W. Street Rd.
Kennett Square, PA 19348

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Andrew Hoffman, Dean
U of Penn School of Veterinary Medicine
3800 Spruce St.
Philadelphia, PA 19104

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Andy Cecere, President and CEO
US Bank
800 Nicollet Mall
Minneapolis, MN 55402

Chase Bank, USA
3700 Wiseman Blvd.
San Antonio, TX 78251

Citi
Citicorp/ Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibank
PO Box 790034
Saint Louis, MO 63179-0034

Ed Litzenberger, President
Litzenberger Excavating, Inc.
4456 Durham Rd.
Kintnersville, PA  18930

Equine Medical Center of Ocala
7107 W. Hwy. 326
Ocala, FL  34481

Financial Recoveries
Attn: Bankruptcy
200 East Park Dr  Ste 100
Mount Lurel, NJ 08054

Gary Pederson
3910 Locust Hill Rd.
Taylors, SC  29687

Gilbert S. Kahn, Dean
School of Veterinary Medicine
New Bolton Center
382 W. Street Rd.
Kennett Square, PA 19348

Gilbert S. Kahn, Dean
U of Penn School of Veterinary Medicine
3800 Spruce St.
Philadelphia, PA  19104

Howard C. Schaeffer, Jr.
3345 Blacksmith Rd.
New Tripoli, PA 18066

Jamie Dimon, CEO
Chase Bank, USA
270 Park Ave.
New York, NY  10017

Kenneth C. Frazier, CEO
Merck, Sharpe, and Dohme
One Merck Drive
PO Box 100
Whitehouse Station, NJ 08889-0100

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Litzenberger Excavating, Inc.
4456 Durham Rd.
Kintnersville, PA  18930

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quality Asset Recovery
Attn: Bankruptcy
Po Box 239
Gibbsboro, NJ 08026

Marjorie Pederson
3910 Locust Hill Rd.
Taylors, SC 29687

Randy Wardlow, Financial Mgr.
Equine Medical Center of Ocala
7107 W. Hwy. 326
Ocala, FL  34481

Merck Sharp & Dohme Fed'l CU
335 West Butler Ave.
Chalfont, PA 18914-2329

Rushmore Loan
c/o Jill Manuel-Coughlin, Esq.
8 Neshaminy Interplex, Ste. 215
Trevose, PA  19053

Merck Sharpe & Dohme F
Pob 4 Wp53f 102
West Point, PA 19486

Rushmore Loan Servicing
c/o Romano, Garubo & Argentieri
Counselors at Law, LLC
52 Newton Ave., PO Box 456
Woodbury, NJ 08096

Patricia Kim Tucciarone
262 Hampshire Dr.
Perkasie, PA 18960

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Powers Kirn LLC
8 Neshaminy Interplex Dr  #215
Trevose, PA 19053

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Scott Kemp
3345 Blacksmith Rd.
New Tripoli, PA  18066

Small Business Admininistration
Treasury Offset Office
2 North 20th St.  Ste. 320
Birmingham, AL 35203

Todd McCracken, President and CEO
US Small Business Association
409 3rd St. SW
Washington, DC 20416

Scott Powell, CEO
Santander Consumer USA
824 North Market St., Ste. 100
Wilmington, DE 19801

Sonny Perdue, Secretary of Agriculture
US Department of Agriculture
1400 Independence Ave. S.W.
Washington, DC 20250

Sovereign Bank
Two Aldwyn Center
East Lancaster Ave. & Aldwyn Lane
Villanova, PA 19085-1420

U.S. Bank National Association et seq.
c/o Powers Kirn, LLC Pennsylvania Office
8 Neshaminy Interplex Drive Suite 215
Trevose, PA 19053-6980

Sovereign Bank
c/o Jeffrey L. Goodman, Esq.
20-536-ARO
Two Aldwyn Center
Villanova, PA  19085-1420

U.S. Bank National Association Et Seq.
c/o Jill Manuel-Coughlin, Esquire
Eight Neshaminy Interplex Drive, Suite 2
Trevose, PA 19053-6933

Sovereign Bank
75 State Street
Boston, MA 02109

University of Pennsylvania New Bolton Cr
c/o Edward L. Berger, Esquire
Gordin & Berger, P.C.
1760 Market Street, Ste. 608
Philadelphia, PA 19103-4199

Terry L. Smith, CEO
Rushmore Loan Servicing
15480 Laguna Canyon Rd.
Irvine, CA  92618

University of Pennsylvania New Bolton Ct
c/o Gordin & Berger
1760 Market St.  Ste. 608
Philadelphia, PA 19103

US Bank NA
c/o Powers Kirn & Associates LLC
Eight Neshaminy Interplex  Ste. 215
Trevose, PA 19053

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623

US Bank National Assoc., Trustee
for the RMAC Trust, Series 2016-CTT
c/o Rushmore Loan Mgmt. Services
PO Box 52708
Irvine, CA 92619-2708

Gregory David, Chief of Civil Division, or
Acting Civil Process Clerk
United States Attorney's Office
615 Chestnut St., Ste. 1250
Philadelphia, PA  19106

US Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

Gregory David, Chief of Civil Division, or
Acting Civil Process Clerk
United States Attorney's Office
504 W. Hamilton St., #3701
Allentown, PA  18101

Vincenzo Tucciarone, Sr.
5702 Limeport Pike
Coopersburg, PA 18036-9488

Office of the Attorney General
441 4th St. N.W.
#1100
Washington, DC  20001

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that David W. Tidd, Esquire intends to serve a Subpoena, in the form attached hereto, on David Swirczewski on October 10, 2019 or as soon thereafter as service may be effectuated.

Dated: October 10, 2019

By:   /s/  David W. Tidd, Esq.
David W. Tidd, Esquire
Attorney for Debtor
656 Ebersole Road
Reading, PA  19605
Phone: 610-838-8700
Fax:    610-743-8676
Email:  bankruptcy@davidtiddlaw.com