**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Ch. 12 |
| | : | |
| **Vincenzo Tucciarone, Sr.,** | : | |
| | : | |
| Debtor. | : | No: 19-12624 - JKF |

**CERTIFICATE OF SERVICE**

    I, David W. Tidd, Esq. hereby certify that I caused to be served the **Notice of Subpoena** in the above-matter via electronic means and/or First-Class Mail on October 10, 2019 on the following parties as well as those on the attached list:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Scott Waterman, Chapter 12 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606


Dated:  October 10, 2019

                                          /s/ David W. Tidd, Esq.
                                          David W. Tidd, Esquire
                                          656 Ebersole Road
                                          Reading, PA 19605
                                          Phone:  610-838-8700
                                          Fax:     610-743-8676
                                          Email:   bankruptcy@DavidTiddLaw.com

Agrarian Associates, Inc.
411 Chestnut St.
Lebanon, PA 17042

Agrarian Associates, Inc.
327 Cumberland St., 1st Fl.
Lebanon, PA 17042-5310

Andrew Hoffman, Dean
School of Veterinary Medicine
New Bolton Center
382 W. Street Rd.
Kennett Square, PA 19348

Andrew Hoffman, Dean
U of Penn School of Veterinary Medicine
3800 Spruce St.
Philadelphia, PA  19104

Andy Cecere, President and CEO
US Bank
800 Nicollet Mall
Minneapolis, MN 55402

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Brian Pedrick, President
Agrarian Associates, Inc.
327 Cumberland St.
Lebanon, PA 17042


CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Bank, USA
3700 Wiseman Blvd.
San Antonio, TX  78251


Citi
Citicorp/ Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank
PO Box 790034
Saint Louis, MO 63179-0034


Ed Litzenberger, President
Litzenberger Excavating, Inc.
4456 Durham Rd.
Kintnersville, PA  18930

Equine Medical Center of Ocala
7107 W. Hwy. 326
Ocala, FL  34481


Financial Recoveries
Attn: Bankruptcy
200 East Park Dr  Ste 100
Mount Lurel, NJ 08054


Gary Pederson
3910 Locust Hill Rd.
Taylors, SC  29687


Gilbert S. Kahn, Dean
School of Veterinary Medicine
New Bolton Center
382 W. Street Rd.
Kennett Square, PA 19348


Gilbert S. Kahn, Dean
U of Penn School of Veterinary Medicine
3800 Spruce St.
Philadelphia, PA  19104


Howard C. Schaeffer, Jr.
3345 Blacksmith Rd.
New Tripoli, PA 18066


Jamie Dimon, CEO
Chase Bank, USA
270 Park Ave.
New York, NY  10017

Kenneth C. Frazier, CEO
Merck, Sharpe, and Dohme
One Merck Drive
PO Box 100
Whitehouse Station, NJ 08889-0100


Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Litzenberger Excavating, Inc.
4456 Durham Rd.
Kintnersville, PA  18930


LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Marjorie Pederson
3910 Locust Hill Rd.
Taylors, SC 29687


Merck Sharp & Dohme Fed'l CU
335 West Butler Ave.
Chalfont, PA 18914-2329

Merck Sharpe & Dohme F
Pob 4 Wp53f 102
West Point, PA 19486


Patricia Kim Tucciarone
262 Hampshire Dr.
Perkasie, PA 18960


Powers Kirn LLC
8 Neshaminy Interplex Dr  #215
Trevose, PA 19053


PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008


Quality Asset Recovery
Attn: Bankruptcy
Po Box 239
Gibbsboro, NJ 08026


Randy Wardlow, Financial Mgr.
Equine Medical Center of Ocala
7107 W. Hwy. 326
Ocala, FL  34481


Rushmore Loan
c/o Jill Manuel-Coughlin, Esq.
8 Neshaminy Interplex, Ste. 215
Trevose, PA  19053

Rushmore Loan Servicing
c/o Romano, Garubo & Argentieri
Counselors at Law, LLC
52 Newton Ave., PO Box 456
Woodbury, NJ 08096


Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161


Scott Kemp
3345 Blacksmith Rd.
New Tripoli, PA  18066


Small Business Admininistration
Treasury Offset Office
2 North 20th St.  Ste. 320
Birmingham, AL 35203


Scott Powell, CEO
Santander Consumer USA
824 North Market St., Ste. 100
Wilmington, DE 19801


Sovereign Bank
Two Aldwyn Center
East Lancaster Ave. & Aldwyn Lane
Villanova, PA 19085-1420

Sovereign Bank
c/o Jeffrey L. Goodman, Esq.
20-536-ARO
Two Aldwyn Center
Villanova, PA  19085-1420


Sovereign Bank
75 State Street
Boston, MA 02109


Terry L. Smith, CEO
Rushmore Loan Servicing
15480 Laguna Canyon Rd.
Irvine, CA  92618


Todd McCracken, President and CEO
US Small Business Association
409 3rd St. SW
Washington, DC 20416


Sonny Perdue, Secretary of Agriculture
US Department of Agriculture
1400 Independence Ave. S.W.
Washington, DC 20250


U.S. Bank National Association et seq.
c/o Powers Kirn, LLC Pennsylvania Office
8 Neshaminy Interplex Drive Suite 215
Trevose, PA 19053-6980

U.S. Bank National Association Et Seq.
c/o Jill Manuel-Coughlin, Esquire
Eight Neshaminy Interplex Drive, Suite 2
Trevose, PA 19053-6933


University of Pennsylvania New Bolton Cr
c/o Edward L. Berger, Esquire
Gordin & Berger, P.C.
1760 Market Street, Ste. 608
Philadelphia, PA 19103-4199


University of Pennsylvania New Bolton Ct
c/o Gordin & Berger
1760 Market St.  Ste. 608
Philadelphia, PA 19103


US Bank NA
c/o Powers Kirn & Associates LLC
Eight Neshaminy Interplex  Ste. 215
Trevose, PA 19053


US Bank National Assoc., Trustee
for the RMAC Trust, Series 2016-CTT
c/o Rushmore Loan Mgmt. Services
PO Box 52708
Irvine, CA 92619-2708


US Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

Vincenzo Tucciarone, Sr.
5702 Limeport Pike
Coopersburg, PA 18036-9488


Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623


Gregory David, Chief of Civil Division, or
Acting Civil Process Clerk
United States Attorney's Office
615 Chestnut St., Ste. 1250
Philadelphia, PA  19106


Gregory David, Chief of Civil Division, or
Acting Civil Process Clerk
United States Attorney's Office
504 W. Hamilton St., #3701
Allentown, PA  18101


Office of the Attorney General
441 4th St. N.W.
#1100
Washington, DC  20001