B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): David Swirczewski
on (date) 10/10/2019.

☒ I served the subpoena by delivering a copy to the named person as follows: DAVID SWIRCZEWSKI 9325 DANNOR RN  New TRIPOLI  PA  18066
_____ on (date) _____; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ $121.20.

My fees are $ 124.26 for travel and $ 210.00 for services, for a total of $ 334.26.

228 MILES      6 hrs.
3 TRIPS

I declare under penalty of perjury that this information is true and correct.

Date: 13OCT19

_____
Server's signature

Richard J. Seeds  PSC
Printed name and title

PO Box 3076  Beth. PA 18020
Server's address

Additional information concerning attempted service, etc.: